No. 738. THIRD NATIONAL BANK OF CINCINNATI ET AL.,
PETITIONERS, v. ZELLA CONAWAY, ADMINISTRATRIX, ETC., ET

AL.  March 22, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. George M. Hoffheimer* for petitioners.  *Mr. John Bassel* for respondents.